**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 14-29658 |
|---|---|---|
| | § | |
| TIMOTHY J. ROSINSKI | § | |
| MARY ROSINSKI | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/13/2014. The undersigned trustee was appointed on 08/13/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $24,661.65

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $17.66 |
    | Bank service fees | $284.97 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $24,359.02 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/02/2015 and the deadline for filing government claims was 02/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,216.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,216.17, for a total compensation of $3,216.17[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/30/2015         By:   /s/ David R. Herzog
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 14-29658-6 | | | Trustee Name: | David R. Herzog |
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | | Date Filed (f) or Converted (c): | 08/13/2014 (f) |
| For the Period Ending: | 7/1/2015 | | | §341(a) Meeting Date: | 09/29/2014 |
| | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 1729 Chancellor Avenue, Evanston, Illinois - Residence | $446,311.00 | $0.00 | | $0.00 | FA |
| 2 2145 Grey, Evanston, Illinois - Single Family Residence | $370,000.00 | $0.00 | | $0.00 | FA |
| 3 First Bank & Trust. Evanston - checking account no. xxxx1602 | $15,525.55 | $11,525.55 | | $12,834.72 | FA |
| 4 First Bank & Trust, Evanston - joint checking xxxx9709 | $12,714.62 | $8,714.62 | | $5,112.93 | FA |
| 5 Tenants' Security Deposit Escrow Account (Bratten) - First Bank & Trust, Evanston, Illinois | $3,225.00 | $3,225.00 | | $0.00 | FA |
| 6 First Bank & Trust - savings account no. xxx6651 | $6,216.49 | $6,216.49 | | $6,714.00 | FA |
| 7 Chase - cutodial accounts for children | $0.00 | $0.00 | | $0.00 | FA |
| 8 First Bank and Trust of Evanston - signer on account of Evanston Police and Fire Foundation (not for profit) | $0.00 | $0.00 | | $0.00 | FA |
| 9 Tenants' Security Deposit Escrow Account (O'Hollearn) - First Bank & Trust, Evanston, Illinois | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 10 6 Beds, 4 Dressers, 3 Night Stands, 4 Couches, Loveseat, Upholstered Chair, Lazy Boy Recliner, 2 Coffee Tables, Dining Room Table/Chairs, 5 Stools, Baker Stand, 3 TVs, Desk/Chair, Lawnmower, Misc. Tools, Misc. Garden Tools, Misc. Pictures, Mirrors, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property | $1,185.00 | $1,185.00 | | $0.00 | FA |
| 11 Necessary Wearing Apparel | $2,200.00 | $0.00 | | $0.00 | FA |
| 12 Wedding Rings - Misc Costume Jewelry | $800.00 | $800.00 | | $0.00 | FA |
| 13 Guitar, Piano, Exercise Bike, Treadmill | $180.00 | $180.00 | | $0.00 | FA |

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2  Exhibit A

| Case No.: | 14-29658-6 | | | Trustee Name: | David R. Herzog |
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | | Date Filed (f) or Converted (c): | 08/13/2014 (f) |
| For the Period Ending: | 7/1/2015 | | | §341(a) Meeting Date: | 09/29/2014 |
| | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14  New York Life Insurance Co. - whole life Insurance - policy no. xxx0 828 | $3,943.64 | $3,943.64 | | $0.00 | FA |
| 15  New York Life Insurance Co. - whole life insurance - policy no. xxx8 610 | $1,164.68 | $1,164.68 | | $0.00 | FA |
| 16  New York Life Insurance Co. - whole life insurance - policy no. xxx2 168 | $28,122.74 | $28,122.74 | | $0.00 | FA |
| 17  New York Life Insurance Co. - whole life insurance - policy no. xxx5 292 | $1,998.12 | $1,998.12 | | $0.00 | FA |
| 18  New York Life Insurance Co. - whole life insurance - policy no. xxx5 247 | $2,189.15 | $2,189.15 | | $0.00 | FA |
| 19  New York Life Insurance Co. - whole life insurance - policy no. xxx6 360 | $2,213.22 | $2,213.22 | | $0.00 | FA |
| 20  New York Life Insurance Co. - whole life insurance - policy no. xxx5 454 | $1,452.81 | $1,452.81 | | $0.00 | FA |
| 21  New York Life Insurance Co. - whole life insurance - policy no. xxx6 388 | $1,584.99 | $1,584.99 | | $0.00 | FA |
| 22  New York Life Insurance Co. - annuity account no. xxx 4 489 | $17,561.66 | $17,561.66 | | $0.00 | FA |
| 23  IRA - account no. xxx6 061 | $10,974.00 | $10,974.00 | | $0.00 | FA |
| 24  MPT Properties, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 25  1999 Toyota Camry | $700.00 | $0.00 | | $0.00 | FA |
| 26  2002 Acura RL | $2,459.00 | $59.00 | | $0.00 | FA |
| 27  2000 Toyota Camry | $741.00 | $741.00 | | $0.00 | FA |
| 28  1998 Coleman Camper | $500.00 | $500.00 | | $0.00 | FA |
| 29  2 Laptops, Computer, Printer, Desk, 3 File Cabinets | $475.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                         **Gross Value of Remaining Assets**

$936,937.67        $106,851.67              $24,661.65        $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit A

| Case No.: | 14-29658-6 | Trustee Name: | David R. Herzog |
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | Date Filed (f) or Converted (c): | 08/13/2014 (f) |
| For the Period Ending: | 7/1/2015 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    Current Projected Date Of Final Report (TFR):    /s/ DAVID R. HERZOG
                                                                                                                                                                                                                                             DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-29658-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3144 | Checking Acct #: | ******0221 |
| Co-Debtor Taxpayer ID #: | **-***3145 | Account Title: | Main |
| For Period Beginning: | 8/13/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/1/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2014 | (3) | Mary Rosinski | Turnover of fund in bank account. | 1129-000 | $12,834.72 | | $12,834.72 |
| 10/01/2014 | (4) | Mary Rosinski | Turnover of fund in bank account. | 1129-000 | $5,112.93 | | $17,947.65 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.15 | $17,923.50 |
| 11/25/2014 | (6) | Tim Rosinski | Turnover of fund in bank account. | 1129-000 | $6,714.00 | | $24,637.50 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.69 | $24,608.81 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.67 | $24,569.14 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.64 | $24,529.50 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.75 | $24,493.75 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $17.66 | $24,476.09 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.52 | $24,436.57 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.18 | $24,398.39 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.37 | $24,359.02 |
| | | | TOTALS: | | $24,661.65 | $302.63 | $24,359.02 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $24,661.65 | $302.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $24,661.65 | $302.63 | |

**For the period of 8/13/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $302.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $302.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/01/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $302.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $302.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29658-6 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3144 | | Checking Acct #: | ******0221 |
| Co-Debtor Taxpayer ID #: | **-***3145 | | Account Title: | Main |
| For Period Beginning: | 8/13/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/1/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $24,661.65 | $302.63 | $24,359.02 |

| For the period of 8/13/2014 to 7/1/2015 | | For the entire history of the case between 08/13/2014 to 7/1/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,661.65 | Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 | Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $302.63 | Total Compensable Disbursements: | $302.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $302.63 | Total Comp/Non Comp Disbursements: | $302.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## CLAIM ANALYSIS REPORT

| Case No. | 14-29658-6 | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | Date: | 6/30/2015 |
| Claims Bar Date: | 01/02/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DAVID R. HERZOG 77 W. Washington Street Suite 1717 Chicago IL 60602 | 06/29/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,216.17 | $3,216.17 | $0.00 | $0.00 | $0.00 | $3,216.17 |
| 1 | INTERNAL REVENUE SERVICE Centralized Insolvency Operation PO Box 7346 Philadelphia PA 19101-7346 | 10/15/2014 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $31,836.41 | $31,836.41 | $0.00 | $0.00 | $0.00 | $31,836.41 |
| 1a | INTERNAL REVENUE SERVICE Centralized Insolvency Operation PO Box 7346 Philadelphia PA 19101-7346 | 10/15/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,711.36 | $6,711.36 | $0.00 | $0.00 | $0.00 | $6,711.36 |
| 2 | DEPT OF EDUCATION FedLoan Servicing P.O. Box 69184 Harrisburg PA 17106-9184 | 12/17/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,707.23 | $10,707.23 | $0.00 | $0.00 | $0.00 | $10,707.23 |
| 3 | BMO HARRIS BANK, N.A. c/o Ungaretti & Harris LLP (P Ross) 70 W. Madison St., Suite 3500 Chicago IL 60602 | 12/29/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $254,460.81 | $254,460.81 | $0.00 | $0.00 | $0.00 | $254,460.81 |

**Claim Notes:** (3-1) Deficiency Judgment (see attached Rider)

| | | | | | | | $306,931.98 | $306,931.98 | $0.00 | $0.00 | $0.00 | $306,931.98 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 14-29658-6 | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | **Date:** | 6/30/2015 |
| **Claims Bar Date:** | 01/02/2015 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $31,836.41 | $31,836.41 | $0.00 | $0.00 | $0.00 | $31,836.41 |
| General Unsecured § 726(a)(2) | $271,879.40 | $271,879.40 | $0.00 | $0.00 | $0.00 | $271,879.40 |
| Trustee Compensation | $3,216.17 | $3,216.17 | $0.00 | $0.00 | $0.00 | $3,216.17 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 14-29658
Case Name: TIMOTHY J. ROSINSKI
MARY ROSINSKI
Trustee Name: David R. Herzog

|  |  |
|---|---:|
| Balance on hand: | $24,359.02 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $24,359.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $3,216.17 | $0.00 | $3,216.17 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $3,216.17 |
| Remaining balance: | $21,142.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $21,142.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,836.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | $31,836.41 | $0.00 | $21,142.85 |

**UST Form 101-7-TFR (5/1/2011)**

|   | Total to be paid to priority claims: | $21,142.85 |
|---|---|---|
|   | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $271,879.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $6,711.36 | $0.00 | $0.00 |
| 2 | Dept of Education | $10,707.23 | $0.00 | $0.00 |
| 3 | BMO Harris Bank, N.A. | $254,460.81 | $0.00 | $0.00 |

|   | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**