**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **TIMOTHY J. ROSINSKI and** | ) | **Case No. 14-29658** |
| **MARY ROSINSKI,** | ) | |
| Debtors. | ) | **Honorable Jacqueline P. Cox** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　Clerk of the U.S. Bankruptcy Court
　　　　219 South Dearborn Street, Suite 680
　　　　Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

　　　　A hearing on the fee applications and any objection to the Final Report will be held on December 17, 2015  at 9:30 a.m., before the Honorable Jacqueline P. Cox, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed: _____　　　　By:  /s/     David R. Herzog_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-29658-JPC
Timothy J. Rosinski                                                       Chapter 7
Mary Rosinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mhenley         Page 1 of 2        Date Rcvd: Nov 12, 2015
                          Form ID: pdf006       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
db/jdb       +Timothy J. Rosinski,    Mary Rosinski,    1729 Chancellor Avenue,    Evanston, IL 60201-1513
22275158     +BMO Harris Bank,    111 West Monroe Street,    Chicago, IL 60603-4095
22773173     +BMO Harris Bank, N.A.,    c/o Ungaretti & Harris LLP (P Ross),    70 W. Madison St., Suite 3500,
               Chicago, IL 60602-4224
22275156      Best Buy,   P.O. Box 15521,    Wilmington, DE 19850-5521
22275157     +Best Buy,   PO Box 6497,    Sioux Falls, SD 57117-6497
22275159     +Caliber Home Loans, In,    PO Box 24610,    Oklahoma City, OK 73124-0610
22275160      Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
22275162     +Chase,   PO Box 24696,    Columbus, OH 43224-0696
22275163     +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
               Burr Ridge, IL 60527-6921
22740402      Dept of Education,    FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
22275164     +DiMonte & Lizak,    216 Higgins Road,    Park Ridge, IL 60068-5706
22275165      Evanston Northwestern Healthcare,    23056 Network Place,    Chicago, IL 60673-1230
22275166     +Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
22340589     +Jason & Amanda Bratten,    1729 Chancellor,    Apt 2,   Evanston IL 60201-1513
22340590     +Joe & Kristine O'Holleam,    2145 Grey Avenue,    Evanston IL 60201-2542
22275171     +NorthShore University Health Systems,    100 South Owasso Boulevard W,
               Saint Paul, MN 55117-1036
22275170     +NorthShore University Health Systems,    9600 Gross Point Road,    Skokie, IL 60076-1214
22275169     +Northbrook Bank & Trust Co.,    1100 Waukegan Road,    Northbrook, IL 60062-4663
22275173     +Scott Rosinski,    7450 North Waukegan Road,    Suite 401,   Niles, IL 60714-4300
22275172     +Thomas O'Rourke,    9044 Burroughs,    Los Angeles, CA 90046-1405
22275174     +Ungaretti & Harris,    70 West Madison Street,    Suite 3500,   Chicago, IL 60602-4283
22275175    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Circle,
               Frederick, MD 21701)
23111870     +Wells Fargo Bank, N.A. servicing agent for U.S. Ba,    c/o Pierce & Associates,
               1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4321
22275176      Wells Fargo Home Mortgage, Inc.,    P.O. Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22275167      E-mail/Text: rev.bankruptcy@illinois.gov Nov 13 2015 02:59:49
               Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0338
22275168      E-mail/Text: cio.bncmail@irs.gov Nov 13 2015 02:58:52      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22275161     ##+Central Park Services,    2966 Central Street,    Evanston, IL 60201-1246
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                    Signature: /s/Joseph Speetjens

```
District/off: 0752-1           User: mhenley                Page 2 of 2                   Date Rcvd: Nov 12, 2015
                               Form ID: pdf006              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, N.A. servicing agent for U.S. Bank
               National Association, as Trustee, successor in interest to Wachovia Bank, National Association,
               as Trustee for Wells Fargo Asset Securities Corpora anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Gregory K Stern    on behalf of Debtor Timothy J. Rosinski gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Joint Debtor Mary  Rosinski gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Patrick F Ross    on behalf of Creditor    BMO Harris Bank N.A. patrick@robertjross.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;pfross@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Creditor    BMO Harris Bank N.A. rsalsterda@nixonpeabody.com
                                                                                             TOTAL: 7
```