UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-29658 |
| | § | |
| TIMOTHY J. ROSINSKI | § | |
| MARY ROSINSKI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $866,706.01 | Assets Exempt: | $45,875.00 |
| Total Distributions to Claimants: | $21,142.85 | Claims Discharged Without Payment: | $282,572.96 |
| Total Expenses of Administration: | $3,518.80 | | |

3) Total gross receipts of $24,661.65 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,661.65 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,518.80 | $3,518.80 | $3,518.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $31,836.41 | $31,836.41 | $21,142.85 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $271,879.40 | $271,879.40 | $0.00 |
| **Total Disbursements** | $0.00 | $307,234.61 | $307,234.61 | $24,661.65 |

4). This case was originally filed under chapter 7 on 08/13/2014. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/26/2016</u>         By:   <u>/s/ David R. Herzog</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| First Bank & Trust - savings account no. xxx6651 | 1129-000 | $6,714.00 |
| First Bank & Trust, Evanston - joint checking xxxx9709 | 1129-000 | $5,112.93 |
| First Bank & Trust. Evanston - checking account no. xxxx1602 | 1129-000 | $12,834.72 |
| **TOTAL GROSS RECEIPTS** | | $24,661.65 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $3,216.17 | $3,216.17 | $3,216.17 |
| Arthur B. Levine Company | 2300-000 | NA | $17.66 | $17.66 | $17.66 |
| Bank of Texas | 2600-000 | NA | $284.97 | $284.97 | $284.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,518.80 | $3,518.80 | $3,518.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $31,836.41 | $31,836.41 | $21,142.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $31,836.41 | $31,836.41 | $21,142.85 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue | 7100-000 | $0.00 | $6,711.36 | $6,711.36 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |                        |          |       |             |             |       |
|---|------------------------|----------|-------|-------------|-------------|-------|
|   | Service                |          |       |             |             |       |
| 2 | Dept of Education      | 7100-000 | $0.00 | $10,707.23  | $10,707.23  | $0.00 |
| 3 | BMO Harris Bank, N.A.  | 7100-000 | $0.00 | $254,460.81 | $254,460.81 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $271,879.40 | $271,879.40 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 14-29658-6 | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | | Date Filed (f) or Converted (c): | 08/13/2014 (f) |
| For the Period Ending: | 4/26/2016 | | | §341(a) Meeting Date: | 09/29/2014 |
| | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   1729 Chancellor Avenue, Evanston, Illinois - Residence | $446,311.00 | $0.00 | | $0.00 | FA |
| 2   2145 Grey, Evanston, Illinois - Single Family Residence | $370,000.00 | $0.00 | | $0.00 | FA |
| 3   First Bank & Trust. Evanston - checking account no. xxxx1602 | $15,525.55 | $11,525.55 | | $12,834.72 | FA |
| 4   First Bank & Trust, Evanston - joint checking xxxx9709 | $12,714.62 | $8,714.62 | | $5,112.93 | FA |
| 5   Tenants' Security Deposit Escrow Account (Bratten) - First Bank & Trust, Evanston, Illinois | $3,225.00 | $3,225.00 | | $0.00 | FA |
| 6   First Bank & Trust - savings account no. xxx6651 | $6,216.49 | $6,216.49 | | $6,714.00 | FA |
| 7   Chase - cutodial accounts for children | $0.00 | $0.00 | | $0.00 | FA |
| 8   First Bank and Trust of Evanston - signer on account of Evanston Police and Fire Foundation (not for profit) | $0.00 | $0.00 | | $0.00 | FA |
| 9   Tenants' Security Deposit Escrow Account (O'Hollearn) - First Bank & Trust, Evanston, Illinois | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 10  6 Beds, 4 Dressers, 3 Night Stands, 4 Couches, Loveseat, Upholstered Chair, Lazy Boy Recliner, 2 Coffee Tables, Dining Room Table/Chairs, 5 Stools, Baker Stand, 3 TVs, Desk/Chair, Lawnmower, Misc. Tools, Misc. Garden Tools, Misc. Pictures, Mirrors, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property | $1,185.00 | $1,185.00 | | $0.00 | FA |
| 11  Necessary Wearing Apparel | $2,200.00 | $0.00 | | $0.00 | FA |
| 12  Wedding Rings - Misc Costume Jewelry | $800.00 | $800.00 | | $0.00 | FA |
| 13  Guitar, Piano, Exercise Bike, Treadmill | $180.00 | $180.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-29658-6 | | | Trustee Name: | David R. Herzog |
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | | Date Filed (f) or Converted (c): | 08/13/2014 (f) |
| For the Period Ending: | 4/26/2016 | | | §341(a) Meeting Date: | 09/29/2014 |
| | | | | Claims Bar Date: | 01/02/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | New York Life Insurance Co. - whole life Insurance - policy no. xxx0 828 | $3,943.64 | $3,943.64 | | $0.00 | FA |
| 15 | New York Life Insurance Co. - whole life insurance - policy no. xxx8 610 | $1,164.68 | $1,164.68 | | $0.00 | FA |
| 16 | New York Life Insurance Co. - whole life insurance - policy no. xxx2 168 | $28,122.74 | $28,122.74 | | $0.00 | FA |
| 17 | New York Life Insurance Co. - whole life insurance - policy no. xxx5 292 | $1,998.12 | $1,998.12 | | $0.00 | FA |
| 18 | New York Life Insurance Co. - whole life insurance - policy no. xxx5 247 | $2,189.15 | $2,189.15 | | $0.00 | FA |
| 19 | New York Life Insurance Co. - whole life insurance - policy no. xxx6 360 | $2,213.22 | $2,213.22 | | $0.00 | FA |
| 20 | New York Life Insurance Co. - whole life insurance - policy no. xxx5 454 | $1,452.81 | $1,452.81 | | $0.00 | FA |
| 21 | New York Life Insurance Co. - whole life insurance - policy no. xxx6 388 | $1,584.99 | $1,584.99 | | $0.00 | FA |
| 22 | New York Life Insurance Co. - annuity account no. xxx 4 489 | $17,561.66 | $17,561.66 | | $0.00 | FA |
| 23 | IRA - account no. xxx6 061 | $10,974.00 | $10,974.00 | | $0.00 | FA |
| 24 | MPT Properties, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 25 | 1999 Toyota Camry | $700.00 | $0.00 | | $0.00 | FA |
| 26 | 2002 Acura RL | $2,459.00 | $59.00 | | $0.00 | FA |
| 27 | 2000 Toyota Camry | $741.00 | $741.00 | | $0.00 | FA |
| 28 | 1998 Coleman Camper | $500.00 | $500.00 | | $0.00 | FA |
| 29 | 2 Laptops, Computer, Printer, Desk, 3 File Cabinets | $475.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                      **Gross Value of Remaining Assets**

$936,937.67       $106,851.67      $24,661.65      $0.00

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 14-29658-6 | | | Trustee Name: | David R. Herzog |
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | | Date Filed (f) or Converted (c): | 08/13/2014 (f) |
| For the Period Ending: | 4/26/2016 | | | §341(a) Meeting Date: | 09/29/2014 |
| | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID R. HERZOG

DAVID R. HERZOG

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29658-6 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3144 | | Checking Acct #: | ******0221 |
| Co-Debtor Taxpayer ID #: | **-***3145 | | Account Title: | Main |
| For Period Beginning: | 8/13/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/26/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2014 | (3) | Mary Rosinski | Turnover of fund in bank account. | 1129-000 | $12,834.72 | | $12,834.72 |
| 10/01/2014 | (4) | Mary Rosinski | Turnover of fund in bank account. | 1129-000 | $5,112.93 | | $17,947.65 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.15 | $17,923.50 |
| 11/25/2014 | (6) | Tim Rosinski | Turnover of fund in bank account. | 1129-000 | $6,714.00 | | $24,637.50 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.69 | $24,608.81 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.67 | $24,569.14 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.64 | $24,529.50 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.75 | $24,493.75 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $17.66 | $24,476.09 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.52 | $24,436.57 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.18 | $24,398.39 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.37 | $24,359.02 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.04 | $24,320.98 |
| 07/01/2015 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($38.04) | $24,359.02 |
| 12/17/2015 | 3002 | David R. Herzog | Trustee Compensation | 2100-000 | | $3,216.17 | $21,142.85 |
| 12/17/2015 | 3003 | Internal Revenue Service | Distribution Dividend: 66.41; Account Number: ; | 5800-000 | | $21,142.85 | $0.00 |

| | | | | **SUBTOTALS** | $24,661.65 | $24,661.65 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29658-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3144 | Checking Acct #: | ******0221 |
| Co-Debtor Taxpayer ID #: | **-***3145 | Account Title: | Main |
| For Period Beginning: | 8/13/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $24,661.65 | $24,661.65 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $24,661.65 | $24,661.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $24,661.65 | $24,661.65 | |

**For the period of 8/13/2014 to 4/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,661.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,661.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/01/2014 to 4/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,661.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,661.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-29658-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ROSINSKI, TIMOTHY J. AND ROSINSKI, MARY | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3144 | Checking Acct #: | ******0221 |
| Co-Debtor Taxpayer ID #: | **-***3145 | Account Title: | Main |
| For Period Beginning: | 8/13/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $24,661.65 | $24,661.65 | $0.00 |

**For the period of 8/13/2014 to 4/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,661.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,661.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/13/2014 to 4/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $24,661.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,661.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,661.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,661.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG